IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA GILL, | ) |
| | ) 2:11-cv-00351-GEB-KJN |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER TO SHOW CAUSE AND |
| | ) CONTINUING STATUS (PRETRIAL |
| FEDERAL RETIREMENT THRIFT | ) SCHEDULING) ORDER |
| INVESTMENT BOARD, THRIFT SAVINGS | ) |
| PLAN, and DOES 1 through 15, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

        A May 3, 2011 Minute Order re-scheduled a status (pretrial scheduling) conference in this case for July 18, 2011, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. (ECF No. 11.) No status report was filed as ordered.

        Therefore, the parties are Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on July 22, 2011, why sanctions should not be imposed against them and/or their counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether the parties or their counsel are at fault, and whether a hearing is requested on the OSC.[1]  If a hearing is requested, it will be held on

---

[1] "If the fault lies with the attorney, that is where the impact
(continued...)

1

September 19, 2011, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  July 8, 2011

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).